AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY T. DICKERSON | )<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

Case No.  3:21mj345

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 24, 2021 _____ in the county of _____ Okaloosa _____ in the

_____ Northern _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(a)(5) | -Unlawful interstate transfer of firearms |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Christopher Myers
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  9-27-21

_____
*Judge's signature*

City and state:  Pensacola, Florida

Elizabeth M. Timothy, Chief U.S. Magistrate Judge
*Printed name and title*

RCV'D USDC FLND PN
SEP 27 '21 PM12:07